UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
STANLEY WOLFSON,
:   Case No. 08 CV 01085
                Plaintiff,
:   ECF
    v.
:   **AFFIDAVIT OF SERVICE**
BRUCE MAJOR and MARTIN LICHT,
:
                Defendants.
:
------------------------------------------------------------x

STATE OF NEW YORK   )
                           ) ss.:
COUNTY OF NEW YORK )

      Christine Munoz, being duly sworn, deposes and says that she is not a party to the action, is over 18 years of age and resides in Yonkers, New York.

      On February 4, 2008, I served the annexed Defendants' **CIVIL COVER SHEET, NOTICE OF REMOVAL, JUDGES' RULES and ECF PROCEDURES**, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to:

              Sarah Bawany Yousuf, Esq.
              Balber Pickard Maldonado & Van Der Tuin, P.C.
              Attorneys for Plaintiff
              1370 Avenue of the Americas
              New York, New York 10019
              212-246-2400

                                                  Christine Munoz

Sworn to before me this
4th day of February, 2008.

_____
Notary Public

EDNA S. BERNACET
Notary Public, State of New York
No. 01BE4836841
Qualified in Queens County
Commission Expires November 30, 2009

NEWY1-635950-1