```
┌─────────────────────────────────┐
│ USDS SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____          │
│ DATE FILED: 2-7-08              │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

STANLEY WOLFSON ,

                          Plaintiff,                    08 Civ. 1085 (PKC)

        -against-

BRUCE MAJOR and MARIN LICHT,                            ORDER

                          Defendants.

-----------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Defendants are directed to amend the removal petition within ten days reflecting

the citizenship, rather than residence, of the parties.

                SO ORDERED.

                                                    _____
                                                    P. Kevin Castel
                                                    United States District Judge

Dated:  New York, New York
        February 7, 2008