UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

STANLEY WOLFSON,

                Plaintiff,

    -against-

BRUCE MAJOR and MARTIN LICHT,

                Defendants.

---------------------------------------------------------x

Case No: 08-CV-1085 (PKC)

ECF

STIPULATION EXTENDING TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED that defendants, Bruce Major and Martin Licht shall have until February 18, 2008 to move or Answer the Complaint.

Dated: New York, New York
       February 7, 2008

BALBER PICKARD MALDONADO
& VAN DER TUIN, P.C.

By:_____
Sarah Bawany Yousuf (SY0905)
Attorneys for Plaintiff
1370 Avenue of the Americas
New York, New York 10019
212-246-2400

ROBINSON & COLE LLP

By:_____
David E. Ross (DR-1513)
Attorneys for Defendants Bruce Major and
Martin Licht
885 Third Avenue
New York, NY 100022
212-451-2900

SO ORDERED:

_____
   USDJ

NEWY1-636013-1