UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

STANLEY WOLFSON,

               Plaintiff,

-against-

BRUCE MAJOR and MARTIN LICHT,

               Defendants.

-------------------------------------------------------------x

Case No: 08-CV-1085 (PKC)

ECF

STIPULATION EXTENDING TIME TO ANSWER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-14-08

IT IS HEREBY STIPULATED AND AGREED that defendants, Bruce Major and Martin Licht shall have until February 18, 2008 to move or Answer the Complaint.

Dated: New York, New York
February 7, 2008

BALBER PICKARD MALDONADO
& VAN DER TUIN, P.C.

By: _____
Sarah Bawany Yousuf (SY-090?)
Attorneys for Plaintiff
1370 Avenue of the Americas
New York, New York 10019
212-246-2400

ROBINSON & COLE LLP

By: _____
David E. Ross (DR-1513)
Attorneys for Defendants Bruce Major and Martin Licht
885 Third Avenue
New York, NY 10022
212-451-2900

SO ORDERED: _____
             USDJ