```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

STANLEY WOLFSON,

        Plaintiff,

  -against-

BRUCE MAJOR and MARTIN LICHT,

        Defendants.
---------------------------------------x

Case No: 08-CV-1085 (PKC)

ECF

**STIPULATION EXTENDING TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED that defendants, Bruce Major and Martin Licht shall have until February 22, 2008 to move or Answer the Complaint.

Dated: New York, New York
      February 14, 2008

BALBER PICKARD MALDONADO
& VAN DER TUIN, P.C.

By: _____
Sarah Bawany Yousuf (SY-ejos)
Attorneys for Plaintiff
1370 Avenue of the Americas
New York, New York 10019
212-246-2400

ROBINSON & COLE LLP

By: _____
David E. Ross (DR-1513)
Attorneys for Defendants Bruce Major and Martin Licht
885 Third Avenue
New York, NY 100022
212-451-2900

SO ORDERED: _____
                  USDJ

NBWY1-636013-2