UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

PACIFIC FOREST RESOURCES LTD.,   08-CV-01252-AKH

                            Plaintiff,

       - against -                          **NOTICE OF APPEARANCE**

HARLAN SPRAGUE DAWLEY, INC., HARLAN
CORPORATION and STEVEN SULLIVAN,

                            Defendants.
--------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Balber Pickard Maldonado & Van Der Tuin, PC, hereby appears as attorneys for Plaintiff Pacific Forest Resources Ltd. and requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address set forth below.

Dated: New York, New York
       March 6, 2008

                                            Balber Pickard Maldonado
                                            & Van Der Tuin, PC

                                            By: _____
                                            Roger Juan Maldonado (RM-7035)
                                            *Attorneys for Plaintiff*
                                            1370 Avenue of the Americas
                                            New York, New York 10019
                                            RMaldonado@BalberPickard.com
                                            Tel No. 212-246-2400
                                            Fax No. 212-765-4212

To: Joseph C. Chapelle, Esq.
    *Attorneys for Defendants*
    Barnes & Thornburg LLP
    11 South Meridian Street
    Indianapolis, IN 46204