UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Stanley Wolfson

                        Plaintiff,

            -against-

Bruce Major and Martin Licht

                      Defendant.
------------------------------------------------------------X

[USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4-18-08]

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 1085 (PKC)(MHD)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*
_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement* The parties advise they would be Ready for a settlement conference _____

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

_____
P. Kevin Castel
United States District Judge

DATED: New York, New York
          April 18, 2008