```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
STANLEY WOLFSON,                   :
                                   :
                    Plaintiff,     :    ORDER
                                   :
         -against-                 :    08 Civ. 1085 (PKC)(MHD)
                                   :
BRUCE MAJOR and MARTIN LICHT,      :
                                   :
                    Defendants.    :
-----------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **MONDAY, JULY 28, 2008 at 2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:  New York, New York
        June 12, 2008

                                         SO ORDERED.

                                         _____
                                         MICHAEL H. DOLINGER
                                         UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Roger Juan Maldonado, Esq.
Balber, Pickard, Battistoni, Maldonado, & Van Der Tuin
1370 Avenue of the Americas
New York, NY 10019

Sarah Hawa Bawany Yousuf, Esq.
Balber, Pickard, Battistoni, Maldonado, & Van Der Tuin
1370 Avenue of the Americas
New York, NY 10019

David Eric Ross, Esq.
Robinson & Cole LLP
885 Third Avenue, Ste. 2800
New York, NY 10022

Joseph L. Clasen, Esq.
Robinson & Cole LLP
885 Third Avenue, Ste. 2800
New York, NY 10022